1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JILL PATT, D.V.M., and LITTLE CRITTERS VET, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTECH DIAGNOSTICS, INC.<br><br>Defendant. | Case No. 8:18-cv-01689-JLS (DFMx)<br><br>**ORDER REGARDING JOINT STIPULATION TO EXTEND CASE SCHEDULE** |
|---|---|
| AND RELATED COUNTERCLAIM. | |

Pursuant to the stipulation between the parties and finding good cause thereto, the Court hereby amends the case schedule as follows:

| Event | Previous Date (Dkt. 60) | New Date |
|---|---|---|
| Fact Discovery Cutoff | August 13, 2021 | December 10, 2021 |
| Deadline to File Motion for Class Certification: | December 22, 2020 | April 21, 2021 |
| Deadline to File Opposition to Motion for Class Certification: | February 5, 2021 | June 4, 2021 |
| Deadline to File Reply to Motion for Class Certification: | March 12, 2021 | July 9, 2021 |
| Last Day to Serve Initial Expert Reports: | August 27, 2021 | December 17, 2021 |
| Last Day to File Motions (Excluding Daubert Motions and all other Motions in Limine): | August 27, 2021 | December 17, 2021 |
| Last Day to Serve Rebuttal Expert Reports: | September 24, 2021 | January 28, 2022 |
| Last Day to Conduct Settlement Proceedings: | October 15, 2021 | February 11, 2022 |
| Expert Discovery Cutoff: | October 22, 2021 | February 18, 2022 |
| Last Day to File Daubert Motions: | October 29, 2021 | February 25, 2022 |
| Last Day to File Other Motions in Limine (Excluding Daubert Motions): | November 19, 2021 | March 18, 2022 |
| Final Pretrial Conference (10:30 a.m.): | December 17, 2021 | April 15, 2022 |

**IT IS SO ORDERED.**

Dated: November 13, 2020

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE