1 **AKIN GUMP STRAUSS HAUER & FELD LLP**
HYONGSOON KIM (SBN 257019)
2 kimh@akingump.com
KELSEY S. MORRIS (SBN 277859)
3 kmorris@akingump.com
4 Park Plaza, Suite 1900
4 Irvine, CA 92614
Tel: 949-885-4100
5 Fax: 949-885-4101

6 COREY W. ROUSH (*pro hac vice*)
croush@akingump.com
7 Robert S. Strauss Tower
2001 K Street, N.W.
8 Washington, DC 20006-1037
Tel: 202-887-4000
9 Fax: 202-887-4288

10 ALI R. RABBANI (SBN 253730)
arabbani@akingump.com
11 1999 Avenue of the Stars Suite 600
Los Angeles, CA 90067
12 Tel: 310-229-1000
Fax: 310-229-1001

13
14 Attorneys for Defendant and Counterclaimant
ANTECH DIAGNOSTICS, INC.

15
16
17 UNITED STATES DISTRICT COURT
18 CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JILL PATT, D.V.M., and LITTLE CRITTERS VET, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANTECH DIAGNOSTICS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 8:18-cv-01689-JLS (DFMx)<br><br>**NOTICE OF POTENTIAL SETTLEMENT AND STIPULATION TO STAY CASE PENDING EXECUTION AND APPROVAL OF SETTLEMENT**<br><br>[PROPOSED ORDER FILED CONCURRENTLY]<br><br>Judge:   Hon. Josephine L. Staton |

     Plaintiffs and Counter-Defendants Jill Patt, D.V.M. ("Dr. Patt") and Little Critters Vet, LLC ("Little Critters," and, together with Dr. Patt, "Plaintiffs"), and Defendant and Counterclaimant Antech Diagnostics, Inc. ("Antech") (collectively, the "Parties"), by and through their undersigned counsel, hereby notify the Court that the parties have reached a settlement in principle and stipulate as follows:

## STIPULATION

     WHEREAS, on June 25, 2021, the Parties, through counsel, reached an agreement in principle to settle Plaintiffs' individual claims and dismiss the class claims;

     WHEREAS, the Parties require additional time to execute a final settlement agreement;

     WHEREAS, in light of these developments and to allow the Parties to focus their efforts on finalizing settlement details and documentation, the Parties have met and conferred and agree that good cause exists to staying all proceedings in this action, including all discovery and case deadlines;

     WHEREAS, the Parties plan to file a notice of dismissal within 30 days of the entry of an Order by the Court granting this Stipulation and commit to report to the Court within 30 days regarding the status of the settlement proceedings if such filing has not occurred;

     THEREFORE, the Parties stipulate and agree to, and respectfully request that the Court enter an order staying all proceedings in this action, including all discovery and case deadlines, and directing the Parties to file a notice of dismissal, or in the alternative, a joint status report updating the Court on the status of settlement proceedings, within 30 days of granting this Stipulation.

| | | |
|---|---|---|
| DATED: June 26, 2021 | | AKIN GUMP STRAUSS HAUER & FELD LLP |

By:    */s/ Hyongsoon Kim*
Hyongsoon Kim
Corey W. Roush
Ali R. Rabbani
Kelsey S. Morris

*Attorneys for Defendant and Counterclaimant*
ANTECH DIAGNOSTICS, INC.

| | | |
|---|---|---|
| DATED: June 26, 2021 | | GREEN & NOBLIN, P.C. |

By:    */s/ Robert S. Green*
Robert S. Green
James Robert Noblin
Emrah M. Sumer

*Attorneys for Plaintiffs and Counter-Defendants*
JILL PATT, D.V.M. AND LITTLE CRITTERS VET, LLC

**ATTESTATION OF E-FILED SIGNATURE**

I, Hyongsoon Kim, am the ECF User whose ID and password are being used to file the foregoing Stipulation.  In compliance with L.R. 5-4.3.4, I hereby attest that the other signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

DATED:  June 26, 2021

AKIN GUMP STRAUSS HAUER & FELD LLP

By: ___/s/ Hyongsoon Kim_____
Hyongsoon Kim

*Attorneys for Defendant and Counterclaimant*
ANTECH DIAGNOSTICS, INC.